IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UTZ QUALITY FOODS, LLC,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DIRTY SOUTH BBQ CO., LLC AND**<br>**TIMOTHY TROY LONG,**<br>　　　　**Defendants.** | **NO.  20-1146** |

### ORDER

**AND NOW,** this 28th day of July 2020, upon consideration of Defendants' Motion to Dismiss (ECF 12), Plaintiff's Response (ECF 13), Defendants' Reply (ECF 14) and Plaintiff's Sur-Reply (ECF 15), **IT IS ORDERED** that Defendants' motion is **DENIED**.

**IT IS FURTHER ORDERED** that this case be **TRANSFERRED** to the Eastern District of Tennessee pursuant to 28 U.S.C. § 1631 as to Defendant Dirty South BBQ Co., LLC, and pursuant to 28 U.S.C. § 1404(a) as to Defendant Timothy Troy Long.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**